*State of New York*
*Supreme Court, Appellate Division*

Decided and Entered:  January 12, 2017          D-1-17
_____

In the Matter of ALI
    EBRAHIMZADEH, a Suspended          MEMORANDUM AND ORDER
    Attorney.                               ON MOTION

(Attorney Registration No. 5184148)
_____


Calendar Date:  December 27, 2016

Before:  McCarthy, J.P., Egan Jr., Lynch, Devine and Aarons, JJ.

_____


    Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

    Ali Ebrahimzadeh, Oakland, California, pro se.


_____


Per Curiam.

    Ali Ebrahimzadeh was admitted to the practice of law by this Court in 2013.  He was previously admitted to practice in 2007 in California, where he maintains an office for the practice of law.

    Pursuant to a December 2015 order of the Supreme Court of California, Ebrahimzadeh was suspended from the practice of law in that state for two years, with all but the first six months stayed, based upon stipulated facts wherein he admitted charging an illegal and/or unconscionable fee to a criminal client with diminished capacity in violation of California Rules of Professional Conduct, Rule 4-200 (A).  Upon the motion of the Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC), this Court thereafter suspended Ebrahimzadeh from practice for six months due to the discipline imposed upon

him in California (140 AD3d 1466 [2016]).  Ebrahimzadeh now moves for reinstatement by motion marked returnable December 27, 2016 (see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16 [d]).  The AGC advises that it does not oppose Ebrahimzadeh's motion for reinstatement.

Our examination of the materials submitted upon the reinstatement application indicates that Ebrahimzadeh has made all proper disclosures and has complied with the provisions of the order of suspension, as well as this Court's rules regarding the conduct of suspended attorneys (see Rules of App Div, 3d Dept [22 NYCRR] former § 806.9; see also Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.15).  Further, we are satisfied that Ebrahimzadeh has complied with the requirements of the applicable rules regarding reinstatement of attorneys who have been suspended for six months or less (see Rules of App Div, 3d Dept [22 NYCRR] former § 806.12 [b]; see also Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16 [b]), that he possesses the character and general fitness to resume the practice of law in this state, and that his reinstatement would be in the public interest.

Accordingly, the application is granted and Ebrahimzadeh is reinstated to the practice of law, effective immediately.

McCarthy, J.P., Egan Jr., Lynch, Devine and Aarons, JJ., concur.

ORDERED that the application for reinstatement by Ali Ebrahimzadeh is granted; and it is further

ORDERED that Ali Ebrahimzadeh is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court